COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In the Interest of J.H. a/k/a I.J.C.-H. a/k/a J.I.C.H., a child v.
Department of Family and Protective Services

Appellate case number:   01-22-00629-CV

Trial court case number: 2020-02245J

Trial court:             313th District Court of Harris County

Appellant, Mother, has filed a first motion for extension of time to file her brief, seeking until October 31, 2022 to file the brief. The motion is **granted.**

It is so ORDERED.

Judge's signature: _____/s/ Julie Countiss_____
Acting individually

Date: October 13, 2022